UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
DONNA L. MCAULIFFE,                      :
                                         :
            Plaintiff,                   :    10 Civ. 8721 (JSR)
                                         :
      -v-                                :       ORDER
                                         :
LEONARD POMPOSELLO, JR. and ALEXANDER    :
RUBINO, sued individually,               :
                                         :
            Defendants.                  :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    On November 16, 2011, the parties in this case informed the Court that they had reached a settlement, and that they would shortly be filing a Stipulation of Dismissal. Although that Stipulation has not been filed, there is no indication that the parties have not settled the case. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 29, 2011